SEND

FILED
CLERK, U.S. DISTRICT COURT
JUN 21
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hersel Mikaelian<br><br>PLAINTIFF(S),<br><br>v.<br><br>David Murray<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 00-1231 VAP (JWJx)<br><br>NOTICE RE INTRA-DISTRICT TRANSFER BY CLERK OF COURT |

TO: ALL PARTIES/COUNSEL OF RECORD:

The case referred to above has been reassigned to the Eastern Division of the United States District Court due to the relocation of Judge Virginia A. Phillips. Effective June 5, 2000, Judge Phillips will be located at: Presley Hall of Justice, 4100 Main Street, Courtroom 45, Riverside, California 92501. All scheduled hearings will be at said location. The telephone number for the court clerk, Rachael Ingram is (909) 276-6077.

This case has been reassigned to case number EDCV 00-514 VAP (JWJx).
All documents subsequently filed in this case must reflect the new case number.

CLERK, U. S. DISTRICT COURT

By [signature]
Deputy Clerk

Orig: Case File
cc: Previously Assigned Judge
Newly Assigned Judge
Previously Assigned Magistrate Judge
Newly Assigned Magistrate Judge
Deputy-In-Charge
Case Assignment Administrator
Statistics Clerk
Counsel of Record

20



ENTERED ON ICMS 6/22/00